SELLINGER, Appellant, v. SWANN, Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by David Sellinger against John J. Swann. H. C. Burnstine, of New York City, for appellant. J. P. Brennan, of New York City, for respondent.

No opinion. Order affirmed, with costs. Order filed.